UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michaela Gingras
b/n/f Justine Gingras
    Plaintiff

    v.                                         Civil No. 05-cv-378-SM

Wal-Mart Stores, Inc.
    Defendant

## ORDER OF RECUSAL

Due to my having a financial interest in the defendant company, Wal-Mart Stores, Inc., recusal is mandatory. See, 28 U.S.C. § 455(b)(4). It appears that only preliminary and assented to, or unobjected to, motions have been resolved, however, any party may revisit any motion previously resolved with the newly assigned judge, within ten (10) days of notice of reassignment, as they desire.

**SO ORDERED.**

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

June 21, 2006

cc:  Stephen R. Fine, Esq.
     E. Tupper Kinder, Esq.
     Christopher D. Hawkins, Esq.