# Law Offices of
## Stephen R. Fine
ATTORNEY AT LAW

23 WEST WEBSTER STREET
Manchester, New Hampshire 03104
(603) 668-2343
800-666-6623
Fax (603) 626-0408

Dear _Justine Dupuis_:

This will confirm that I will be handling your child's _Michaela Dupuis_ claim arising out of _trampoline accident of 7/18/03_.

I will be handling this case on a contingency fee basis. I have given you the option of paying for legal services on an hourly basis, but you have elected a contingency fee arrangement, under which you will pay legal fees only in the event of a recovery of a settlement or verdict.

Any settlement or verdict recovered would be subject to a 25% contingency fee of the gross amount recovered, plus my out-of-pocket disbursements. In determining the amount of my contingency fee, my out-of-pocket disbursements are deducted after my fee is calculated. I have also explained that I am only entitled to reimbursement of my out-of-pocket expenses from any settlement or verdict recovered, and that you will not be responsible for advancing any of the costs on the case.

In the event that you approve a "structured settlement" (a settlement in which some or all of the money is paid over a period of years), you agree that we may accept payment of our fees by either taking the stated percentage of each payment in the structured settlement or by taking the stated percentage of the "actual cost" of the structured settlement in a single payment at the time of settlement, or a combination of both.

Thank you for bringing this matter to me. If the above arrangements meets with your approval, please sign below where indicated.

Very truly yours,

*Stephen R. Fine*

DATED: _5-7-04_  APPROVED: _____