UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
***********************
                        *
MICHAELA GINGRAS, b/p/n/f *
JUSTINE GINGRAS, and JUSTINE *
GINGRAS, individually    *
                         *
      Plaintiffs,        *      Case No.:    05-CV-378 JD
                         *
      v.                 *
                         *
                         *
WAL-MART STORES, INC.,   *
                         *
      Defendant.         *
                         *
***********************
```

## ORDER

Settlement approved. All medical bills, litigation expenses and medical liens listed in the petition are to be paid. Counsel fees in the amount of $12,500.00 allowed. Approval is conditional upon compliance with this order with respect to payment of all medical bills and liens.

_____          _____
Date                                       Presiding Justice