```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Michaela Gingras
    by next friend
    Justine Gingras

    v.                              Civil No. 05-378-JD

Wal-Mart Stores, Inc.


### PROCEDURAL ORDER

The court has reviewed the joint assented to motion for approval of settlement on behalf of a minor together with all of the attached exhibits.

Pursuant to LR 17.1, New Hampshire Superior Court Rule 111 is applicable in this case. The court notes that the provisions of New Hampshire Superior Court Rule 111(C) have not been complied with. Therefore, approval will be held in abeyance pending compliance with that Rule.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

December 11, 2006

cc: Stephen R. Fine, Esquire
    Christopher D. Hawkins, Esquire
    E. Tupper Kinder, Esquire