```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

Michaela Gingras
    by next friend
    Justine Gingras

    v.                              Civil No. 05-378-JD

Wal-Mart Stores, Inc.


## O R D E R

The plaintiff has filed an assented to motion for reconsideration of the court's procedural order issued on December 11, 2006, holding in abeyance approval of the settlement pending compliance with New Hampshire Superior Court Rule 111(C). Counsel for the plaintiff points out that no part of the up front cash payment of $36,746.26 will be payable to the plaintiff but instead will go to payees whose payments are to be excluded in determining whether the net amount of the settlement exceeds $10,000.00, payable to the minor before the age of majority. It is the court's understanding that an annuity of $22,600.00 will be payable to the minor in a lump sum on April 14, 2018, when the minor is age 25.

The motion for reconsideration is granted.  The court will issue an order approving the settlement.

SO ORDERED.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Joseph A. DiClerico, Jr.
United States District Judge

December 13, 2006

cc:  Stephen R. Fine, Esquire
     Christopher D. Hawkins
     E. Tupper Kinder, Esquire