# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

```
***************************
                            *
MICHAELA GINGRAS, b/p/n/f   *
JUSTINE GINGRAS, and JUSTINE*
GINGRAS, individually       *
                            *
      Plaintiffs,           *       Case No.:   05-CV-378 JD
                            *
  v.                        *
                            *
                            *
WAL-MART STORES, INC.,      *
                            *
      Defendant.            *
                            *
***************************
```

## ORDER

Settlement approved. All medical bills, litigation expenses and medical liens listed in the petition are to be paid. Counsel fees in the amount of $12,500.00 allowed. Approval is conditional upon compliance with this order with respect to payment of all medical bills and liens.

_____December 13, 2006_____           /s/Joseph A. DiClerico, Jr.
Date                                         Presiding Justice